UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY, <br><br> Plaintiff <br><br> vs. <br><br> NEEL LUMBER, LLC d/b/a LAKE LUMBER CO, and VINTON PHILIP WATSON, JR., <br><br> Defendants. | **CASE NO. 4:24-cv-00328** <br><br><br> COMPLAINT FOR DECLARATORY JUDGMENT |

Plaintiff, West Bend Mutual Insurance Company, pursuant to the Federal Declaratory Judgments Act, 28 U.S.C. § 2201 et seq., seeks a declaration as to its rights and duties under an insurance contract issued to Neel Lumber, LLC, as follows:

## THE PARTIES

1.      Plaintiff West Bend Mutual Insurance Company ("West Bend") is a mutual insurance company that is organized and existing under the laws of the State of Wisconsin, has a principal place of business in West Bend, Wisconsin, and is authorized to write insurance in the State of Iowa.  West Bend is a citizen of Wisconsin.

2.      Defendant Neel Lumber, LLC d/b/a Lake Lumber Co. ("Lake") is a limited liability company organized and existing under the laws of the State of Iowa and has a principal place of business in Panora, Guthrie County, Iowa.  Lake is a citizen of Iowa.

3.      Upon information and belief, Lake's sole member is Kelvin Hafner.  Hafner is a citizen of Iowa and a resident of Panora, Guthrie County, Iowa.

4.      Defendant Vinton Philip Watson, Jr. ("Watson") is a citizen of Iowa and a resident of Polk County, Iowa.

### JURISDICTION AND VENUE

5.      The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff, West Bend, a citizen of Wisconsin, and the Defendants, all citizens of Iowa, and because the amount in controversy, exclusive of interest and costs, exceeds $75,000, as demonstrated by Watson seeking damages in the Underlying Action of over $469,792.00 for the cost of demolishing and replacing three commercial buildings that are the subject of that action.  Lake seeks a defense to the Underlying Action as well as indemnification for Watson's claimed damages under the insurance policy issued by West Bend, which has a commercial general liability limit in the amount of $1,000,000.00 per occurrence and an umbrella liability limit in the amount of $1,000,000.00 per occurrence.

6.      This matter presents an actual controversy under the Declaratory Judgments Act, 28 U.S.C. § 2201(a), because Watson has filed the Underlying Action against Lake seeking the compensatory damages just outlined, Lake seeks a defense and indemnification for the Underlying Action under the insurance policy issued to it by West Bend, and West Bend seeks a declaration of non-coverage under that policy and to be relieved of any and all defense and indemnification obligations.

7.      Venue is appropriate in the Southern District of Iowa pursuant to 28 U.S.C. § 1391(b)(1) and 28 U.S.C. § 1391(c)(1) and (2) because Defendants reside in this judicial district.

## THE POLICY

8.     West Bend issued a Commercial Lines Policy to Lake, Policy No. B048782 01, policy period 01/01/2023 to 01/01/2024 (the "Policy"). *See* Policy, Exhibit A.[1] The Policy was in force and effect at all material times.

9.     Among the coverages provided by the Policy is commercial general liability ("CGL") coverage, via the CGL Coverage Form, and commercial liability umbrella ("Umbrella") coverage, via the Umbrella Coverage Form.

10.     The Policy's CGL Coverage Form provides for Bodily Injury and Property Damage Liability coverage via Coverage A.

11.     The Coverage A insuring agreement provides:

**SECTION I – COVERAGES**

**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1.  Insuring Agreement**

    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies.  We will have the right and duty to defend the insured against any "suit" seeking those damages.  However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

    . . .

    **b.** This insurance applies to "bodily injury" and "property damage" only if:

        **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

    . . . .

(Exhibit A, 012).

---

[1] Only the Commercial General Liability and Umbrella Liability coverage parts are relevant to this action, so only those parts are included in Exhibit A.

12.     Coverage A contains the following exclusions of coverage:

**2. Exclusions**

This insurance does not apply to:

. . .

**j.     Damage To Property**

"Property damage" to:

. . .

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

. . .

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.   Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.   Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy, or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.** **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

in such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

(Exhibit A, 013-016).

13.     Relative to the above provisions, the CGL Coverage Form sets forth the following

definitions:

**SECTION V – DEFINITIONS**
. . .

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    **a.** It incorporates "your product" or "your work", that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.** You have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.
. . .

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.
. . .

**16.** "Products-completed operations hazard":

    **a.**  Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        **(1)**  Products that are still in your physical possession; or

        **(2)**  Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

            **(a)**  When all of the work called for in your contract has been completed.

            **(b)**  When all of the work to be done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **b.**  Does not include "bodily injury" or "property damage" arising out of:

        **(1)**  The transportation of property, unless the injury or damages arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading and unloading" of that vehicle by any insured;

        **(2)**  The existence of tools, uninstalled equipment or abandoned or unused materials; or

        **(3)**  Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

    **a.**  Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.**  Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

> For the purposes of this insurance, electronic data is not tangible property.

. . .

**21.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings and instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **(2)** The providing of or failure to provide warnings or instructions.

(Exhibit A, 024-027).

14.     The Policy's Umbrella Coverage Form similarly provides for Bodily Injury and Property Damage Liability coverage under Coverage A.

15.     The Coverage A insuring agreement provides:

**SECTION I – COVERAGES**

**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

    **a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "bodily injury" or "property damage" to which this insurance applies.  We will have the right and duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted.  When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which insurance may apply.  However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

    . . .

    **c.** This insurance applies to "bodily injury" and "property damage" only if:

        **(1)** The "bodily injury" of "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        **(2)** The "bodily injury" or "property damage" occurs during the policy period;

    . . . .

(Exhibit A, 060).

16.     Coverage A contains the following exclusions of coverage:

**2. Exclusions**

This insurance does not apply to:

    . . .

8

**m. Damage To Property**

"Property damage" to:

. . .

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**n. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**o. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**p. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy, or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**q. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

in such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

. . .

**s. Professional Services**

"Bodily injury" or "property damage" due to rendering of or failure to render any professional service.  This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve, map, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings or specifications;

**(3)** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager;

**(4)** Engineering services, including related supervisory or inspection services;

**(5)** Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction;

**(6)** Any health or therapeutic service treatment, advice or instruction;

**(7)** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or person grooming or therapy;

**(8)** Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardiovascular fitness, bodybuilding or physical training programs;

**(9)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution

of ophthalmic lenses and similar products or hearing aid devices;

**(10)** Body piercing services;

**(11)** Services in the practice of pharmacy;

**(12)** Law enforcement or firefighting services; and

**(13)** Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", involved the rendering of or failure to render any professional service.

(Exhibit A, 061-065).

17.     Pertinent to the above provisions, the Umbrella Coverage Form sets forth the

following definitions:

**SECTION V – DEFINITIONS**
. . .

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    **a.** It incorporates "your product" or "your work", that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**.** . .

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

. . .

**17.** "Products-completed operations hazard":

    **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

        **(1)** Products that are still in your physical possession; or

        **(2)** Work that has not yet been completed or abandoned.  However, "your work" will be deemed completed at the earliest of the following times:

            **(a)** When all of the work called for in your contract has been completed.

            **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

            **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    **b.** Does not include "bodily injury" or "property damage" arising out of :

        **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

        **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**18.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured.  All such loss of use shall be

deemed to occur at the time of the "occurrence" that caused it.

. . .

**23.** "Ultimate net loss" means the total sum, after reduction for recoveries or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of settlement or judgments or any arbitration or other alternate dispute method entered into with our consent or the "underlying insurer's" consent.

. . .

**27.** "Your product":

   **a.** Means:

      **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         **(a)** You;

         **(b)** Others trading under your name; or

         **(c)** A person or organization whose business or assets you have acquired; and

      **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**28.** "Your work":

   **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

        **(2)** The providing of or failure to provide warnings or instructions.

(Exhibit A, 074-077).

## THE UNDERLYING ACTION

18.    On April 22, 2024, Watson filed an action against Lake and other parties in the Iowa District Court for Polk County, *Vinton Philip Watson, Jr. v. Giovanti Homes L.L.C., Gabriel Wilson, and Neel Lumber, LLC d/b/a Lake Lumber Co.,* No. LACL158667 (the "Underlying Action"). The petition filed in the Underlying Action is attached hereto as Exhibit B.

19.    In the Underlying Action, Watson asserts that he contracted with Giovanti and Wilson to construct three buildings: a boat sales and service facility and two storage buildings. Watson asserts that Lake provided plans and specifications and materials for the construction of the buildings. Watson asserts that during the course of construction, the two storage buildings were damaged by wind. Watson asserts that after this this damage occurred, he determined the buildings had been defectively constructed by Giovanti and/or Wilson and that the plans and specifications prepared by Lake were deficient. *See* Exhibit B.

20.    Watson contends that the buildings cannot be repaired and must be demolished and rebuilt. He seeks to recover the demolition and rebuilding costs from Lake and the other parties under theories of breach of contract, breach of implied warranty, negligence, and unjust enrichment. *See* Exhibit B.

21.    West Bend is providing a defense under a reservation of rights to Lake against the claims asserted in the Underlying Action.

## COUNT I – DECLARATORY JUDGMENT
## <u>NO DUTY TO DEFEND OR INDEMNIFY</u>

22.     As set out above, the Policy provides coverage only for "bodily injury" or "property damage" caused by an "occurrence".  The Underlying Action does not allege "bodily injury" or "property damage" caused by an "occurrence". Thus, the claims asserted in the Underlying Action fall outside the CGL and Umbrella insuring agreements such that West Bend has no duty to defend or indemnify Lake.

23.     In addition, as also set out above, the Policy contains the exclusions titled Damage To Property, Damage To Your Product, Damage To Your Work, Damage To Impaired Property Or Property Not Physically Injured, and Recall of Products, Work Or Impaired Property.  The claims and damages alleged in the Underlying Action fall within the scope of each of these exclusions such that West Bend has no duty to defend or indemnify Lake in the Underlying Action.

24.     In addition, as also set out above, the Umbrella Coverage Form contains the exclusion titled Professional Services.  The claims and damages alleged in the Underlying Action fall within the scope of this exclusion such that West Bend has no duty to defend or indemnify Lake in the Underlying Action.

25.     For all these reasons, West Bend has no duty to continue to provide a defense to Lake in the Underlying Action and no duty to indemnify Lake for any judgment entered in, or settlement entered into in the Underlying Action.

26.     West Bend hereby requests a declaration from the Court as to its rights and duties under the Policy and specifically requests that the Court enter an order declaring that:

> a.     The claims asserted in the Underlying Action fall outside the Coverage A insuring agreement of the Policy's CGL and Umbrella Coverage Forms such that there is no coverage under the Policy for those claims;

b.      The Damage to Property exclusion contained in the Policy's CGL and Umbrella Coverage Forms applies and bars coverage such that there is no coverage under the Policy for the claims asserted in the Underlying Action;

c.      The Damage to Your Product exclusion contained in the Policy's CGL and Umbrella Coverage Forms applies and bars coverage such that there is no coverage under the Policy for the claims asserted in the Underlying Action;

d.      The Damage to Your Work exclusion contained in the Policy's CGL and Umbrella Coverage Forms applies and bars coverage such that there is no coverage under the Policy for the claims asserted in the Underlying Action;

e.      The Damage To Impaired Property Or Property Not Physically Injured exclusion contained in the Policy's CGL and Umbrella Coverage Forms applies and bars coverage such that there is no coverage under the Policy for the claims asserted in the Underlying Action;

f.      The Recall of Products, Work Or Impaired Property exclusion contained in the Policy's CGL and Umbrella Coverage Forms applies and bars coverage such that there is no coverage under the Policy for the claims asserted in the Underlying Action;

g.      The Professional Services exclusion contained in the Policy's Umbrella Coverage Form applies and bars coverage such that there is no coverage under the Policy's Umbrella Coverage Form for the claims asserted in the Underlying Action;

h.      West Bend is relieved of and has no further duty to provide a defense to Lake in the Underlying Action;

i.      West Bend is relieved of and has no duty to indemnify Lake for any settlement entered into or judgment entered against it in or in connection with the Underlying Action; and

j.      For such other and further relief as the Court deems just and equitable.

WHEREFORE, Plaintiff, West Bend Mutual Insurance Company, respectfully requests that the Court enter an order declaring and granting the relief set out above.

**LEDERER WESTON CRAIG PLC**

By  /s/ *J. Michael Weston*
J. Michael Weston AT0008405
Brenda K. Wallrichs AT0008203
118 Third Avenue SE, Suite 700
P. O. Box 1927
Cedar Rapids, IA  52406-1927
Phone: (319) 365-1184
Fax: (319) 365-1186
E-mail:  mweston@lwclawyers.com
          bwallrichs@lwclawyers.com

**ATTORNEYS FOR PLAINTIFF
WEST BEND MUTUAL INSURANCE
COMPANY**